■ JOSEPH R. WOLFSON et al., v. ARNOLD A. MANDELL et al.— Motion to dismiss appeal denied. Motion for a stay denied. Concur — Botein, P., J., Rabin, Stevens and Eager, JJ.

■ In the Matter of JOSEPHINE HUBBARD v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal as a poor person denied without prejudice, however, to a renewal thereof upon proper papers. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ ANNA BERMAN v. H. J. ENTERPRISES, INC., et al.—Motions by respondents George Kremer, George Kremer, Jr., and H. J. Enterprises, Inc., to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID MARYANOV.— Motion for an enlargement of time granted, and the time within which to perfect the appeal is enlarged to a term on or before the March 1961 Term of this court. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ JEAN M. BLACK v. WILLIAM BLACK et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION and FRED KIRBY, as Guardian ad Litem of JAMES KIRBY.— Motion to dispense with printing granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the petitioner-respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ BROAD & WALL CORPORATION v. THOMAS R. O'CONNOR et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALVAREZ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ANGORA. (C) THE PEOPLE OF THE STATE OF NEW YORK v. LOUISE JAMES. (D) THE PEOPLE OF THE STATE OF NEW YORK v. EARTHEN KEITT. (E) THE PEOPLE OF THE STATE OF NEW YORK v. AARON LEDERMAN. (F) THE PEOPLE OF THE STATE OF NEW YORK v. ABE ROTTO. (G) THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TORRES. (H) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH HEADLEY. (I) THE PEOPLE OF THE STATE OF NEW YORK v. ERNIE RUSH.— [In each action] Enlargement of time granted. Concur — Breitel, J. P., Valente, McNally and Stevens, JJ.